IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY L. WILSON, : Case No. 3:12-cv-337

    Plaintiff,

                                        District Judge Timothy S. Black
vs. : Magistrate Judge Michael J. Newman

PHIL PLUMMER, *et al.*,

    Defendants. :

### ORDER

This matter is before the Court upon Defendants' motion (doc. 16) to exempt them from the Court's February 8, 2013 Order (doc. 15).  For good cause shown, the motion (doc. 16) is **GRANTED**.  As *pro se* Plaintiff is presently incarcerated, the parties are not required to make Initial Disclosures as required by Fed. R. Civ. P. 26(a), nor to meet and confer pursuant to Fed. R. Civ. P. 26(f).  Fed. R. Civ. P. 26(a)(1)(B)(iv).  Nonetheless, Plaintiff and Defendants shall file a memorandum by **March 7, 2013** providing their proposed dates for the case Scheduling Order, as set forth in Fed. R. Civ. P. 16(b).

**The preliminary pretrial conference will proceed as scheduled on March 14, 2013 at 1:30 p.m.**  The Court will initiate the telephone call to counsel for Defendants and *pro se* Plaintiff.

As *pro se* Plaintiff does not have access to electronic filing, the Court shall mail a copy of this Order to him at the address listed on the docket sheet.

February 14, 2013                                                                         s/ **Michael J. Newman**
                                                                                         United States Magistrate Judge