IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANTHONY L. WILSON, | : | Case No. 3:12-cv-337 |
| Plaintiff, | : | |
| vs. | : | District Judge Timothy S. Black<br>Magistrate Judge Michael J. Newman |
| PHIL PLUMMER, *et al.*, | : | |
| Defendants. | | |

ORDER

This is a *pro se* civil rights action filed under 42 U.S.C. § 1983.  On April 10, 2013, the Court held a Preliminary Pretrial Conference, by telephone, with *pro se* Plaintiff and counsel for Defendants.  The Court then discussed with the parties their two proposed calendars.  *See* docs. 20, 21.  Having considered their respective positions, their written submissions, and noting Defendants' pending motion to dismiss, the Court **ORDERS** as follows:  (1) As previously directed, *see* doc. 27, *pro se* Plaintiff's memorandum in opposition to Defendants' motion to dismiss shall be filed on or before **April 29, 2013**; (2) Discovery in this matter is **STAYED** until the Court rules on Defendants' motion to dismiss; and (3) the Court will issue a calendar in this case, if appropriate, following its ruling on Defendants' dismissal motion.

**IT IS SO ORDERED.**

April 11, 2013                                                                  s/**Michael J. Newman**
                                                                                          United States Magistrate Judge